IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GENE EDWARD SCOTT, II, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:26-CV-0864-D |
| | § | |
| UNKNOWN, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. By separate judgment, this action is dismissed without prejudice for lack of subject matter jurisdiction. All pending motions are denied as moot.

**SO ORDERED**.

May 18, 2026.

_____
SIDNEY A. FITZWATER
 SENIOR JUDGE